UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 198 |
| v. | ) | |
| | ) | Judge Wayne R. Andersen |
| CINDY C. RAGO | ) | |

**UNOPPOSED APPLICATION FOR ORDER TO DISCLOSE TAX
RETURNS AND RETURN INFORMATION AT TRIAL**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. 6103(h)(4)(D), makes application to the Court for an order, authorizing the government to disclose tax returns and return information of:

CINDY CHRISTINE RAGO,

which tax returns (and return information) are described as:

INDIVIDUAL INCOME TAX RETURN FORM 1040 - 1999
INDIVIDUAL INCOME TAX RETURN FORM 1040X - 1999
INDIVIDUAL INCOME TAX RETURN FORM 1040 - 2000
INDIVIDUAL INCOME TAX RETURN FORM 1040X - 2000
INDIVIDUAL INCOME TAX RETURN FORM 1040 - 2001.

In support of her application, applicant avers the following:

(1)  The named taxpayer(s) has (have) been indicted for violations of Title 26, United States Code, Section 7206(1), making a declaration under penalty of perjury to the Internal Revenue Service.

(2)  The trial at which disclosure is sought pertains to the enforcement of said federal criminal statute involving tax administration

(3)  The government intends to introduce the above-described tax returns and return information.

(4) The defendant is entitled to examine and copy all exhibits the government intends to introduce at trial, pursuant to Rule 16, Fed. R. Crim P.

(5) The government has communicated with Imani Chiphe, attorney for CINDY RAGO, about this motion, and Mr. Chiphe has no objection to this motion and the requests contained herein.

WHEREFORE, applicant prays the Court enter an order on this application authorizing disclosure by the Government of the tax returns and return information specified herein.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:

s/ *Michelle Nasser Weiss*
**MICHELLE NASSER WEISS**
Assistant United States Attorney
219 S. Dearborn Street Ste. 500
Chicago, Illinois 60604
(312) 469-6201

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**UNOPPOSED APPLICATION FOR ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION AT TRIAL**

was served on Thursday, May 22, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:

*s/ Michelle Nasser Weiss*
**MICHELLE NASSER WEISS**
Assistant United States Attorney
219 S. Dearborn Street Ste. 500
Chicago, Illinois 60604
(312) 469-6201