IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 198 |
| v. | ) | |
| | ) | Judge Wayne R. Andersen |
| CINDY C. RAGO | ) | |

**ORDER FOR DISCLOSURE OF TAX RETURNS
AND RETURN INFORMATION**

On this 22 day of May, 2008, upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. 6103(h)(4)(D), to disclose tax returns and return information of:

CINDY CHRISTINE RAGO,

which tax returns and return information are described as:

INDIVIDUAL INCOME TAX RETURN FORM 1040 - 1999
INDIVIDUAL INCOME TAX RETURN FORM 1040X - 1999
INDIVIDUAL INCOME TAX RETURN FORM 1040 - 2000
INDIVIDUAL INCOME TAX RETURN FORM 1040X - 2000
INDIVIDUAL INCOME TAX RETURN FORM 1040 - 2001.

at the trial, in which CINDY CHRISTINE RAGO is a named defendant.

After examining the application, this Court finds:

(1)  This case is a case involving tax administration.

(2) There is reasonable cause to believe, based upon information believed to be reliable, that such tax returns and return information are exhibits the government intends to introduce at trial, and therefore discoverable under the provisions of Rule 16, Federal Rules of Criminal Procedure.    IT IS THEREFORE ORDERED that the Government may disclose such tax

returns and return information of:

CINDY CHRISTINE RAGO,

which tax returns and return information are described as:

INDIVIDUAL INCOME TAX RETURN FORM 1040 - 1999
INDIVIDUAL INCOME TAX RETURN FORM 1040X - 1999
INDIVIDUAL INCOME TAX RETURN FORM 1040 - 2000
INDIVIDUAL INCOME TAX RETURN FORM 1040X - 2000
INDIVIDUAL INCOME TAX RETURN FORM 1040 - 2001.

at the trial of such case or any related judicial proceeding.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. 6103(h)(4) .

_____
Judge Wayne R. Andersen

Date:_____, 2008