UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 198 |
| v. | ) | |
| | ) | Judge Wayne R. Andersen |
| CINDY C. RAGO | ) | |

## NOTICE OF MOTION

On **Thursday, May 29, 2008,** at 10:00 a.m. at the opening of court or as soon thereafter as counsel may be heard, I will appear before Judge Andersen in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **UNOPPOSED APPLICATION FOR ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION AT TRIAL**, in the above-captioned case, at which time and place you may appear if you see fit.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:    *s/ Michelle Nasser Weiss*
        **MICHELLE NASSER WEISS**
        Assistant United States Attorney
        219 S. Dearborn Street Ste. 500
        Chicago, Illinois 60604
        (312) 469-6201

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

## NOTICE OF MOTION

was served on May 22, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By: *s/ Michelle Nasser Weiss*
**MICHELLE NASSER WEISS**
Assistant United States Attorney
219 S. Dearborn Street Ste. 500
Chicago, Illinois 60604
(312) 469-6201