KC FILED
MAR 0 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **08CR 0198** |
| v. ) | |
| ) | Violation: Title 26, United States |
| CINDY C. RAGO ) | Code, Section 7206(1) |

JUDGE ANDERSEN

MAGISTRATE JUDGE VALDEZ

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY alleges:

On or about April 16, 2002, at Oak Lawn, and elsewhere in the Northern District of Illinois, Eastern Division,

CINDY C. RAGO,

defendant herein, a resident of Oak Lawn, Illinois, willfully made and subscribed, and caused to be made and subscribed, an Amended U.S. Individual Income Tax Return (Form 1040X with schedules and attachments) for the calendar year 1999, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which income tax return she did not believe to be true and correct as to every material matter, in that said return reported on Line 11 that federal income tax withheld from dividends by PG&E Corporation was $19,422, whereas the defendant then and there well knew and believed that PG&E Corporation withheld no federal income tax from her dividends;

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY alleges:

On or about October 30, 2002, at Oak Lawn, and elsewhere in the Northern District of Illinois, Eastern Division,

CINDY C. RAGO,

defendant herein, a resident of Oak Lawn, Illinois, willfully made and subscribed, and caused to be made and subscribed, an Amended U.S. Individual Income Tax Return (Form 1040X with schedules and attachments) for the calendar year 2000, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which income tax return she did not believe to be true and correct as to every material matter, in that said return reported on Line 11 that total federal income tax withheld from dividends by PG&E Corporation, Delhaize America, Inc., and the Timken Company was $97,688, whereas the defendant then and there well knew and believed that PG&E Corporation, Delhaize America, Inc., and the Timken Company withheld no federal income tax from her dividends;

In violation of Title 26, United States Code, Section 7206(1).

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

CINDY CHRISTINE RAGO

**INDICTMENT**

In violation of: Title 26 USC § 7206(1)

A true bill

_____
Foreman

Filed in open court this 5th day of March, A.D. 19 2008

_____
MICHAEL W. DOBBINS

Bail, $ _____