KC FILED
MAR 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cr-00198   Document 4   Filed 03/05/2008   Page 1 of 2

Felony

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO X   YES   If the answer is "Yes", list the case number and title of the earliest filed complaint:

**08CR 0198**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**JUDGE ANDERSEN**

3) Is this re-filing of a previously dismissed indictment or information?   NO X   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**MAGISTRATE JUDGE VALDEZ**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?
   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .................... (II) | X Income Tax Fraud ............... (II) | ☐ DAPCA Controlled Substances ........ (III) |
| ☐ Criminal Antitrust ............ (II) | ☐ Postal Fraud ................... (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery................ (II) | ☐ Other Fraud ................... (III) | ☐ Immigration Laws ................ (IV) |
| ☐ Post Office Robbery .......... (II) | ☐ Auto Theft ..................... (IV) | ☐ Liquor, Internal Revenue Laws ....... (IV) |
| ☐ Other Robbery .............. (II) | ☐ Transporting Forged Securities ...... (III) | ☐ Food & Drug Laws ................ (IV) |
| ☐ Assault .................... (III) | ☐ Forgery ....................... (III) | ☐ Motor Carrier Act ................ (IV) |
| ☐ Burglary ................... (IV) | ☐ Counterfeiting .................. (III) | ☐ Selective Service Act .............. (IV) |
| ☐ Larceny and Theft ............ (IV) | ☐ Sex Offenses ................... (II) | ☐ Obscene Mail .................... (III) |
| ☐ Postal Embezzlement ......... (IV) | ☐ DAPCA Marijuana ............... (III) | ☐ Other Federal Statutes ............ (III) |
| ☐ Other Embezzlement ......... (III) | ☐ DAPCA Narcotics ................ (III) | ☐ Transfer of Probation Jurisdiction ...... (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 26 USC § 7206(1)

_____
Assistant United States Attorney