KC FILED
MAR 0 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08CR 0198 |
| v. ) | |
| ) | JUDGE ANDERSEN |
| ) | MAGISTRATE JUDGE VALDEZ |
| CINDY CHRISTINE RAGO ) | |

### GOVERNMENT'S DECLARATION REGARDING GRAND JURY SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

Now comes the UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

1. No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Michelle Nasser Weiss
MICHELLE NASSER WEISS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6201