## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 198 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Cindy Rago | | |

**DOCKET ENTRY TEXT**

Arraignment held on 5/22/2008 as to Cindy Rago. Government's oral motion to unseal indictment is granted. Enter Order granting Imani Chiphe leave to appear on behalf of defendant. Defendant informed of her rights. Defendant waives formal reading of the indictment and enters plea of not guilty to all counts. 16.1(a) conference to be completed by 5/29/08. Pretrial motions to be filed by 6/5/08. Status hearing set before Judge Andersen on 6/19/08 at 10:00 a.m. Government and defendant agree to certain conditions of release. Government's oral motion to exclude time is granted. Enter excludable time from 5/22/08 to 6/19/08 pursuant to 18USC§3161 (h)(1)(F). (X-E).

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|