Order Form (01/2005)

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 198 | **DATE** | 6/13/2008 |
| **CASE TITLE** | United States of America vs. Cindy C. Rago | | |

**DOCKET ENTRY TEXT**

Enter order for disclosure of tax returns and return information.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 18 AM 7:40
CLERK
U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA